ANOUSH HAKIMI (State Bar No. 228858)
anoush@handslawgroup.com
PETER SHAHRIARI (State Bar No. 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028

Telephone: (323) 672 - 8281
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**GEORGE JONES**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| George Jones,<br><br>    Plaintiff,<br><br>vs.<br><br>Hanmi Bank, a California Company; and Does 1-10,<br><br>    Defendants. | Case No.: 2:20-cv-07342-GW-SK<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY STIPULATED by and between the Plaintiff George Jones on the one hand, and Defendant Hanmi Bank, on the other hand, by themselves and/or through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant Hanmi Bank, from Plaintiff's Complaint, Case Number

2:20-cv-07342-GW-SK. The parties herein reached settlement of the present action.

   Since no Defendants shall remain in this action, Plaintiffs request that Plaintiff's Complaint be dismissed with prejudice in its entirety. Each party will be responsible for their own fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: October 14, 2020 | **THE LAW OFFICE OF HAKIMI & SHAHRIARI** |
| | By: /s/Peter Shahriari<br>     Peter Shahriari, Esq.<br>     Attorneys for Plaintiff, George Jones |
| Dated: October 14, 2020 | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| | By: /s/ Amber L. Roller<br>     Amber L. Roller, Esq.<br>     Attorneys for Defendants, Hanmi Bank |

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

## SIGNATURE ATTESTATION

    I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

PETER SHAHRIARI

*/s/ Peter Shahriari*
By: Peter Shahriari
Attorney for Plaintiff George Jones

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS