JS-6

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12

George Jones,

Plaintiff,

v.

Hanmi Bank, a California Company; and Does 1-10,

Defendants.

13
14
15
16
17
18
19

Case No.: 2:20-cv-07342-GW-SK

*Hon. George H. Wu*

[~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE**

Action Filed:  August 14, 2020
Trial Date:    Not on Calendar

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff George Jones's ("Plaintiff") action against Defendant Hanmi Bank, ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated:   October 19, 2020

Hon. George H. Wu
United States District Judge
Central District of California

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE